UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY DEBELLIS,

               Plaintiff,

-against-

ALEXANDER SANCHEZ, ESQ.,

               Defendant.

24-CV-0764 (LTS)

ORDER OF EXTENSION OF TIME

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff, who is appearing *pro se*, initiated this action on January 30, 2024. On February 16, 2024, the Court granted Plaintiff's application to proceed *in forma pauperis* ("IFP"). By letter dated April 9, 2024, Plaintiff informed the Court that he intended to file an amended complaint.

      The Court construes this letter as a request to amend the complaint and grants the request. Plaintiff shall file his amended complaint within 30 days of the date of this order. If Plaintiff does not file an amended complaint within 30 days, the Court will treat the original complaint as the operative pleading in this action.

SO ORDERED.

Dated:   April 26, 2024
           New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                        Chief United States District Judge