UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY DEBELLIS,<br><br>        Plaintiff,<br><br>   -against-<br><br>ALEXANDER SANCHEZ, ESQ.,<br><br>        Defendant. | 24cv764 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the May 29, 2024, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: July 12, 2024
     New York, New York

                   /s/ Laura Taylor Swain
                   LAURA TAYLOR SWAIN
                 Chief United States District Judge